IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| BRIAN EDWARD COX, | |
|---|---|
| Plaintiff, | 4:19CV3021 |
| vs. | |
| BNSF RAILWAY COMPANY, | **ORDER OF DISMISSAL** |
| Defendant. | |

The parties filed a Stipulated Motion to Dismiss with Prejudice ([Filing No. 31](#)).

Upon review,

**IT IS ORDERED** that the stipulation is approved. The above-captioned case is dismissed with prejudice, with each party to pay its own attorney's fees and costs. Judgment will be entered by separate document.

Dated this 19th day of November, 2019.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge